IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02400–WDM–KMT


DG REAL ESTATE, LLC, a Colorado limited liability company,

      Plaintiff,

v.

TEXAS BRAND BANCSHARES, INC. d/b/a TEXAS BRAND BANK, a Texas corporation,
COTFORD I, LTD., a Texas limited partnership,
M & D SERVICES, L.P., a Texas limited partnership,
M&D SERVICES, INC., a Texas corporation, and
J. CURTIS SANFORD, JR. a/k/a J.C. SANFORD, individually,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff DG Real Estate, LLC's Opposed Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)" (Doc. No. 30, filed December 11, 2010) and "Plaintiff DG Real Estate, LLC's Opposed and Supplement to Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)" (Doc. No. 33, filed December 17, 2010) are DENIED without prejudice.  Plaintiff is ORDERED to file an amended motion to amend the complaint that complies with Rule 5.8C of the Electronic Case Filing Procedures for the United States District Court for the District of Colorado, attaching the proper exhibit to its motion to amend.

Dated: December 21, 2010