IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   10-cv-02400-MJW-KMT

DG REAL ESTATE, LLC., a Colorado limited liability company,

Plaintiff,

v.

TEXAS BRAND BANCSHARES, INC., d/b/a TEXAS BRAND BANK, a Texas corporation; COTFORD I, LTD, a Texas limited partnership; M&D SERVICES, L.P., a Texas limited partnership; M&D SERVICES, INC., a Texas corporation; and J. CURTIS SANFORD, JR., a/k/a J.C. SANFORD, an individual,

Defendants.

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on December 27, 2010, by Senior Judge Walker D. Miller and was assigned to Magistrate Judge Michael J. Watanabe on December 27, 2010, by Letter Reassigning Case.

Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kathleen M. Tafoya, is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge**, entered by Senior Judge Walker D. Miller on October 12, 2010, is **VACATED**.

IT IS FURTHER ORDERED that a Scheduling Conference is set before Magistrate Judge Michael J. Watanabe on March 7, 2011, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado. The parties shall submit their proposed scheduling order to Magistrate Judge Watanabe on or before March 4, 2011.  The parties shall have their calendars available at the

Scheduling Conference.   Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

DONE AND SIGNED THIS 4th DAY OF FEBRUARY, 2011

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge