IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02400-MJW-KMT

DG REAL ESTATE, LLC., a Colorado limited liability company,

Plaintiff,

v.

TEXAS BRAND BANCSHARES, INC., d/b/a TEXAS BRAND BANK, a Texas corporation; COTFORD I, LTD., a Texas limited partnership; M&D SERVICES, L.P., a Texas limited partnership; M&D SERVICES, INC., a Texas corporation; and J. CURTIS SANFORD, JR., a/k/a J.C. SANFORD, an individual,

Defendants.

---

**ORDER REGARDING
(1) DG REAL ESTATE, LLC'S SECOND OPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2)
(DOCKET NO. 41),
(2) MOTION TO DISMISS ALL CLAIMS ASSERTED AGAINST DEFENDANT J. CURTIS SANFORD, JR., PURSUANT TO FED. R. CIV. P. 12(B)(6)
(DOCKET NO. 20),
AND
(3) DEFENDANT TEXAS BRAND BANCSHARES, INC., D/B/A TEXAS BRAND BANK'S MOTION TO DISMISS ALL CLAIMS ASSERTED AGAINST IT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)
(DOCKET NO. 10)**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on (1) Plaintiff DG Real Estate, LLC's Second Opposed Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (docket no. 41); (2) Motion to Dismiss All Claims Asserted Against Defendant J. Curtis Sanford, Jr., Pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 20); and (3)  Defendant Texas Brand

2

Bancshares, Inc., d/b/a Texas Brand Bank's Motion to Dismiss All Claims Asserted Against It Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (docket no. 10). The court has reviewed the subject motions (docket nos. 41, 20, and 10), the responses (docket nos. 22, 29, and 42), and the reply (docket no. 23). In addition, the court has taken judicial notice of the court file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following finding of fact, conclusions of law, and Order.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and district of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That pursuant to Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires." "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Bylin v. Billings, 568 F.3d 1224, 1229 (10th Cir. 2009) (quoting Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993)), cert. denied, 130 S. Ct. 1506 (2010). "The liberal granting of motions for leave to amend reflects the basic policy that

3

pleadings should enable a claim to be heard on its merits." <u>Carr v. Hanley</u>, 2009 WL 4693870, *1 (D. Colo. Dec. 3, 2009) (quoting <u>Calderon v. Kansas Dep't of Soc. & Rehab. Servs.</u>, 181 F.3d 1180, 1186 (10th Cir. 1999));

5. That Plaintiff D.C. Real Estate, LLC, has met its burden to amend its pleadings pursuant to Fed. R. Civ. P. 15(a)(2);

6. That Plaintiff D.C. Real Estate, LLC, should be allowed to amend its pleading and file its First Amended Complaint and Jury Demand; and,

7. That the Motion to Dismiss All Claims Asserted Against Defendant J. Curtis Sanford, Jr., Pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 20) and Defendant Texas Brand Bancshares, Inc., d/b/a Texas Brand Bank's Motion to Dismiss All Claims Asserted Against It Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (docket no. 10) are both MOOT since the court is granting Plaintiff DG Real Estate, LLC's Second Opposed Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (docket no. 41).

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law this court **ORDERS**:

1. That Plaintiff DG Real Estate, LLC's Second Opposed Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (docket no.

4

41) is **GRANTED**;

2. That the Plaintiff DG Real Estate, LLC's First Amended Complaint and Jury Demand (docket no. 41-1) is ACCEPTED for filing as of the date of this Order and is the operative pleading in this case;

3. That the Motion to Dismiss All Claims Asserted Against Defendant J. Curtis Sanford, Jr., Pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 20) is MOOT and therefore **DENIED**;

4. That the Defendant Texas Brand Bancshares, Inc., d/b/a Texas Brand Bank's Motion to Dismiss All Claims Asserted Against It Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (docket no. 10) is MOOT and therefore **DENIED**;

5. That each party shall pay their own attorney fees and costs for these motions; and,

6. That this case is set for a Rule 16 Scheduling Conference before Magistrate Judge Watanabe on March 7, 2011, at 10:00 a.m.  The parties shall file their proposed Rule 16 Scheduling Order with the court on or before March 4, 2011.

Done this 16th day of February 2011.

                                          BY THE COURT

                                          s/Michael J. Watanabe
                                          MICHAEL J. WATANABE
                                          U.S. MAGISTRATE JUDGE