IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02400-MJW-KMT

DG REAL ESTATE, LLC, a Colorado limited liability company

Plaintiff(s),

v.

**TEXAS BRAND BANCSHARES, INC. d/b/a TEXAS BRAND BANK, a Texas corporation;**
**COTFORD I, LTD., a Texas limited partnership;**
**M & D SERVICES, L.P., a Texas limited partnership;**
**M & D SERVICES, INC., a Texas corporation; and**
**J. CURTIS SANFORD, JR. a/k/a J.C. SANFORD, individually.**

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Pursuant to Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires."  "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Bylin v. Billings, 568 F.3d 1224, 1229 (10th Cir. 2009) (quoting Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993)).  "The liberal granting of motions for leave to amend reflects the basic policy that pleadings should enable a claim to be heard on its merits." Carr v. Hanley, 2009 WL 4693870, *1 (D. Colo. Dec. 3, 2009) (quoting Calderon v. Kansas Dep't of Soc. and Rehab. Servs., 181 F.3d 1180, 1186 (10th Cir. 1999)).

As to the futility argument, Judge Ebel has previously addressed that issue in the case of General Steel Domestic Sales, LLC v. Steel Wise, LLC, 2008 WL 2520423, at *4 (D. Colo. June 20, 2008).  In the General Steel case, Judge Ebel stated, in pertinent part:  "Defendants' futility argument seems to place the cart before the horse.  Rather than force a Rule 12(b)(6) motion into a Rule 15(a) opposition brief, the defendants may be better served by waiting to assert Rule 12 motions until the operative complaint is in place."

Here, I find that Plaintiff has met the requirements of Rule 15 above, and therefore, the Plaintiff DG Real Estate, LLC's Third Opposed Motion to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a) (docket no. 64) is GRANTED.  The Second Amended Complaint and Jury Demand (docket no. 64-1) is accepted filing as of the

date of this minute order.

Date:  May 9, 2011