**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  10-cv-02400-MJW-KMT | FTR - Colorado Springs, Suite 1000 |
| **Date:**    February 08, 2012 | Courtroom Deputy:<br>Recording by Nicole Cappelletty<br>Minutes by  Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| DG REAL ESTATE, LLC.,<br>a Colorado limited liability company,<br><br>         Plaintiff(s),<br><br>v.<br><br>TEXAS BRAND BANCSHARES, INC.,<br>d/b/a TEXAS BRAND BANK,<br>a Texas corporation;<br>COTFORD I, LTD.,<br>a Texas limited partnership;<br>M&D SERVICES, L.P.,<br>a Texas limited partnership;<br>M&D SERVICES, INC.,<br>a Texas corporation; and<br>J. CURTIS SANFORD, JR.,<br>a/k/a J.C. SANFORD, an individual,<br><br>         Defendant(s). | James S.  Oliver, Jr.<br><br><br><br><br><br>Murray I. Weiner |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:    **ORAL  ARGUMENT**
**Court in Session:**      9:00 a.m.
Court calls case.  Appearances of counsel.  This hearing is being held at the United States District Court in Colorado Springs, 212 N. Wahsatch Ave. Suite 1000,  Colorado Springs, CO.

The Court hears oral argument on the three pending motions.

| | |
|---|---|
| **It is ORDERED:** | Defendant Texas Brand Bancshares, Inc. d/b/a Texas Brand Bank's Renewed Motion to Dismiss all Claims Asserted Against it Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). [Docket No. **48**, Filed March 02, 2011]  is  **TAKEN  UNDER  ADVISEMENT.**<br>The court will issue its written Order. |
| **It is ORDERED:** | Defendant Texas Brand Bancshares, Inc. d/b/a Texas Brand Bank's |

       Motion to Dismiss Second Amended Complaint  Pursuant to
       Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [Docket No. **72,** Filed May 11, 2011]
       is  **TAKEN  UNDER  ADVISEMENT.**
       The court will issue its written Order.

**It is ORDERED:**  Defendant Texas Brand Bank's Motion for Summary Judgment Based on Doctrine of *Res Judicata* [Docket No. **84**, Filed October 17, 2011]   is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

The parties anticipate a two (2) day trial to the Court.  No trial settings are made at this time.

Hearing concluded.

**Court in recess:** 9:36 a.m.
Total In-Court Time 00: 36

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.