IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02400-MJW-KMT

DG REAL ESTATE, LLC, a Colorado limited liability company,

Plaintiff,

v.

TEXAS BRAND BANCSHARES, INC. d/b/a TEXAS BRAND BANK, a Texas corporation; COTFORD I, LTD., a Texas limited partnership;
M & D SERVICES, L.P., a Texas limited partnership;
M & D SERVICES, INC., a Texas corporation; and
J. CURTIS SANFORD, JR. a/k/a J.C. SANFORD, individually.

Defendants.

---

MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion for Reconsideration of Order Regarding Order to Show Cause (docket no. 104 and docket no. 110) and Order for Judgment (docket no. 111) [docket no. 112] is **DENIED** for the following reasons.

"The Federal Rules of Civil Procedure recognize no motion for reconsideration." Hawkins v. Evans, 64 F.3d 543, 546 (10th Cir. 1995) (quotation and internal quotation marks omitted). "[T]he motion to reconsider 'is not at the disposal of parties who want to rehash old arguments.'" National Bus. Brokers, Ltd. v. Jim Williamson Productions, Inc., 115 F. Supp.2d 1250, 1256 (D. Colo. 2000))(quotation and internal quotation marks omitted). "Rather, as a practical matter, '[t]o succeed in a motion to reconsider, a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision.'" Id. (quotation omitted). "A motion to reconsider . . . should be denied unless it clearly demonstrates manifest error of law or fact or presents newly discovered evidence." Id.

Here, Plaintiff's Motion for Reconsideration of Order Regarding Order to Show Cause (docket no. 104 and docket no. 110) and Order for Judgment (docket no. 111) [docket no. 112] does not set forth any manifest error of law or fact or present newly discovered evidence. There is no compelling reason to reconsider this court's previous rulings contained in docket nos. 104, 110, and 111.

Date: June 14, 2012